JASON E. MANNING
757.687.7564 telephone
757.687.1524 facsimile
jason.manning@troutmansanders.com

TROUTMAN SANDERS LLP
Attorneys at Law
222 Central Park Avenue, Suite 2000
Virginia Beach, Virginia  23462
757.687.7500 telephone
troutmansanders.com



February 21, 2011

**VIA ECF**

Hon. B. Waugh Crigler
U.S. District Court for the
Western District of Virginia
255 W. Main Street, Room 328
Charlottesville, VA 22902

    Re: ***Donald R. Scott and Melissa J. Scott v. GMAC Mortgage, LLC***
           **Civil Action No. 3:10-cv-24-NKM**

Dear Judge Crigler:

    We write to notify Your Honor about information discovered during the deposition of Plaintiffs' expert witness Phil d'Oronzio on February 15, 2011.  Mr. d'Oronzio testified that he consulted your son Jason Crigler about three weeks ago regarding preparation of his supplemental expert report produced in this case on February 14, 2011 (the "Expert Report").

    Mr. d'Oronzio explained that Jason Crigler owns Crown Mortgage, a mortgage company located in Charlottesville, Virginia.  Mr. d'Oronzio requested that Mr. Crigler provide him with rate sheets from 2007 when the subject loan closed.  Mr. Crigler provided such rate sheets, which are referenced in the Expert Report and were discussed during the deposition.

    Mr. d'Oronzio did not inform your son that you were assigned to this case.  Mr. d'Oronzio stated that Crown Mortgage may have been a competitor of GMAC Mortgage at the time the subject loan originated and closed.  This issue may not arise during trial, but we wanted to notify Your Honor as soon as possible.

    We proposed sending a joint letter informing Your Honor of this issue, but Plaintiffs' counsel have declined to disclose this contact as they consider it "inconsequential."  We disagree and believe that the issue warrants disclosure to Your Honor.

TROUTMAN
SANDERS

Hon. B. Waugh Crigler
February 21, 2011
Page 2

       In the meantime, I remain

                                  Respectfully yours,

                                  ___/s/ Jason E. Manning____
                                  Jason E. Manning

c:     Jonathan Wren, Esq.
       John Simpson, Esq.

413783v1

Case 3:10-cv-00024-NKM -BWC Document 79 Filed 02/21/11 Page 2 of 3

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
Charlottesville Division

**DONALD R. SCOTT and**
**MELISSA J. SCOTT,**

      **Plaintiffs,**

  **v.**                                    Civil Action No. 3:10-cv-24-NKM

**GMAC MORTGAGE, LLC,**

      **Defendant.**

## CERTIFICATE OF SERVICE

I hereby certify that on this 21st day of February, 2011, I electronically filed the foregoing with the clerk of the Court using the CM/ECF system that will send a true and correct copy of the foregoing to the following counsel of record:

**Counsel for Plaintiffs**
Jonathan Wren
John Simpson
Martin Wren, P.C.
1228 Cedars Court
Charlottesville, Virginia 22903

        /s/ Jason E. Manning
Jason E. Manning (VSB No. 74306)
Counsel for Defendant GMAC Mortgage, LL
TROUTMAN SANDERS LLP
222 Central Park Avenue, Suite 2000
Virginia Beach, Virginia 23462
Telephone: (757) 687-7564
Facsimile: (757) 687-1524
E-mail: jason.manning@troutmansanders.com