IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
Charlottesville Division

DONALD R. SCOTT and
MELISSA J. SCOTT,

       Plaintiffs,

v.                                Case No: 3:10-cv-24

GMAC MORTGAGE, LLC,

       Defendant.

## MOTION FOR SANCTIONS PURSUANT TO RULE 37 (c)

COME NOW the plaintiffs, DONALD R. SCOTT and MELISSA J. SCOTT, by counsel ("Plaintiffs"), pursuant to Rules 26 (a) and 37 (c) of the Federal Rules of Civil Procedure, and hereby move this Honorable Court for an Order: excluding any and all defenses and/or the introduction of testimony or evidence by Defendant GMAC MORTGAGE, LLC (hereinafter "GMAC"), concerning the terms, conditions, documents, communications, origination, processing, and closing of the loan at issue in this case; informing the jury that GMAC violated the Rules of Civil Procedure by failing to disclose to the Plaintiffs information in its possession; and/or any other Order imposing sanctions deemed appropriate by the Court.

This Motion is made pursuant to Rules 7 and 37 (c) of the Federal Rules of Civil Procedure and is based upon the attached Memorandum in Support of Motion for Sanctions and

Declaration of John B. Simpson which are hereby incorporated, and such further and additional matters as may be properly considered by the Court upon hearing this Motion.

Respectfully Submitted,

DONALD R. SCOTT
MELISSA J. SCOTT

By Counsel

JONATHAN T. WREN, VSB #40304
JOHN B. SIMPSON, VSB #38759
MartinWren, P.C.
1228 Cedars Court
Charlottesville, Virginia 22903
(434) 817-3100 (phone)
(434) 817-3110 (fax)
*Counsel for Plaintiff*

\\Sbs2k8\clients\(2010) clients\10-041 Scott, Donald and Melissa - Dispute with GMAC\Pleadings\Motion for Sanctions (3.1.11) rev.doc

2