CLERK'S OFFICE U.S. DIST. COURT
AT CHARLOTTESVILE, VA
FILED

APR 21 2011

JULIA C. DUDLEY, CLERK
BY: /s/
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
CHARLOTTESVILLE DIVISION

| | | |
|---|---|---|
| DONALD R. SCOTT, et al., | ) | CASE NO. 3:10CV00024 |
| Plaintiffs, | ) | |
| v. | ) | REPORT |
| GMAC MORTGAGE, LLC, | ) | |
| | ) | By: B. WAUGH CRIGLER |
| Defendant. | ) | U.S. MAGISTRATE JUDGE |

As a result of mediation proceedings held on April 20, 2011, the undersigned hereby

R E P O R T S

that the parties have settled this case upon mutually agreeable terms. Within 30 days hereof, the parties are to effectuate the settlement and submit the draft orders as set forth by the parties' agreement to the Honorable Norman K. Moon, United States District Judge.

The Clerk of the Court hereby is directed to transmit a certified copy of this Report to all counsel of record.

ENTERED: /s/
United States Magistrate Judge

4/21/11
Date