IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
Charlottesville Division

DONALD R. SCOTT and
MELISSA J. SCOTT,

    Plaintiffs,

v.                                  Civil Action No. 3:10-cv-24

GMAC MORTGAGE, LLC,

    Defendant.

## ORDER

The Court hereby ORDERS that the April 13, 2011 Memorandum Opinion and Order (docket nos. 201 and 202), are VACATED and STRICKEN from the docket.

Entered this 27th day of April, 2011

                                          NORMAN K. MOON
                                          UNITED STATES DISTRICT JUDGE